UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

*Electronically Filed*

| | |
|---|---|
| AUTUMN PEICHOTO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SPEEDWAY, LLC, et al, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 5:19-cv-00058-REW |

**PLAINTIFF'S MOTION TO REMAND TO STATE COURT**

Plaintiff, Autumn Peichoto, by and through counsel, pursuant to 28 U.S.C. 1447 (c), moves the Court to remand this case to the Fayette County Circuit Court. In support of her Motion, Plaintiff submits the accompanying Memorandum.

Respectfully submitted,

*/s/ Tanner H. Shultz*
TANNER H. SHULTZ
Morgan & Morgan Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, Kentucky 40507
Telephone: (859) 219-4529
Facsimile: (859) 367-6146
tshultz@forthepeople.com
COUNSEL FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2019, I electronically filed this pleading with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

D. Christopher Robinson
Andrew M. Palmer
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
*Counsel for Defendant*

/s/ Tanner H. Shultz
COUNSEL FOR PLAINTIFF