UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

AUTUMN PEICHOTO, :
:
    Plaintiff, :
:
v. :
: Civil Action No: 5:19 -CV-0058 REW
SPEEDWAY LLC, et al. :
:
    Defendants. :

## AGREED ORDER OF DISMISSAL

By agreement of the parties (as indicated by the signature of their respective attorneys below), and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that all the claims of Plaintiff Autumn Peichoto asserted against Speedway LLC are hereby dismissed in their entirety with prejudice, with each party to bear its own costs. This matter shall be removed from the Court's docket.

This is a final and appealable order; there being no just cause for delay of its entry.

**HAVE SEEN AND AGREED:**

| | |
|---|---|
| */s/ Andrew M. Palmer* | */s/ Tanner H. Shultz*   w/permission |
| D. Christopher Robinson | MORGAN & MORGAN, KENTUCKY, PLLC |
| Andrew M. Palmer | 333 West Vine Street, Suite 1200 |
| FROST BROWN TODD LLC | Lexington, KY 40507 |
| 400 W. Market Street, 32nd Floor | (859) 219-4529 |
| Louisville, KY  40202-3363 | (859) 367-6146 |
| (502) 589-5400 | tshultz@forthepeople.com |
| (502) 581-1087 - Fax | *Counsel for Plaintiff* |
| crobinson@fbtlaw.com | |
| apalmer@fbtlaw.com | |
| *Counsel for Defendant Speedway LLC* | |